UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAKILA RUNA,

                         Plaintiff,                          **24 Civ. No. 9759 (JAV)**

       -against-                           **PRE-SETTLEMENT CONFERENCE ORDER**

JP MORGAN CHASE BANK N.A.,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Thursday, April 17, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 436 233 259#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      SO ORDERED.

DATED:    New York, New York
                March 12, 2025

                                                                                      _____
                                                                                      The Honorable Gary Stein
                                                                                      United States Magistrate Judge